UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    Joseph R MARROTTA, III
    Karyn J MARROTTA
        Debtor(s)

Case No. 12 B 38716

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/28/2012.

2) The plan was confirmed on 01/23/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/03/2013.

5) The case was Converted on 10/22/2013.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,353.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                                                **$7,353.00**

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $316.18 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                              **$2,066.18**

Attorney fees paid and disclosed by debtor:         $1,750.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT Security Services | Unsecured | 359.37 | NA | NA | 0.00 | 0.00 |
| Adventist Hinsdale Hospital | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Adventist La Grange Memorial | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 557.55 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 255.41 | 255.41 | 255.41 | 0.00 | 0.00 |
| Angel Ankle Foot Associates | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 691.89 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Secured | 257,799.00 | 211,239.25 | 211,239.25 | 0.00 | 0.00 |
| Bank Of America | Secured | 5,157.30 | 5,157.30 | 5,157.30 | 1,680.42 | 0.00 |
| Bank Of America | Secured | 0.00 | 825.00 | 825.00 | 0.00 | 0.00 |
| Capital One | Unsecured | 2,487.56 | 1,442.15 | 1,442.15 | 0.00 | 0.00 |
| Check N Go of Illinois Inc | Unsecured | 2,699.59 | NA | NA | 0.00 | 0.00 |
| Check N Go of Illinois Inc | Unsecured | 928.79 | NA | NA | 0.00 | 0.00 |
| Christ Hospital & Medical Center | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 590.48 | 1,148.48 | 1,148.48 | 0.00 | 0.00 |
| Comcast Cable | Unsecured | 627.07 | NA | NA | 0.00 | 0.00 |
| Consultants in Clinical Pathology | Unsecured | 4.05 | NA | NA | 0.00 | 0.00 |
| Consultants in Laboratory Medicine | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 6,632.92 | 6,632.92 | 6,632.92 | 1,703.89 | 148.52 |
| Digestive Disease Associates | Unsecured | 191.45 | NA | NA | 0.00 | 0.00 |
| Dr. Tracy Robinson Psy.D. | Unsecured | 151.43 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 324.41 | 366.53 | 366.53 | 0.00 | 0.00 |
| Evergreen Anesthesthia & Pain Mgmmt | Unsecured | 149.90 | NA | NA | 0.00 | 0.00 |
| Family Medical Center of LaGrange | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 1,422.75 | NA | NA | 0.00 | 0.00 |
| High Tech Medical Park | Unsecured | 38.90 | NA | NA | 0.00 | 0.00 |
| Hollywood Video | Unsecured | 97.15 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 502.59 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services | Unsecured | 1,308.26 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 267.00 | 267.00 | 267.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| Joel R. Leff MD SC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 12,220.22 | 12,406.23 | 12,406.23 | 1,489.35 | 264.64 |
| LaGrange Memorial Hosp. Cardiology | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 32.27 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 180.83 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 19.72 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 31.75 | NA | NA | 0.00 | 0.00 |
| Midamerica Immediate Care | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 6,464.00 | 6,464.16 | 6,464.16 | 0.00 | 0.00 |
| Midwest Anesthesiologists Ltd. | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| Palos Anesthesia Associates | Unsecured | 45.90 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 536.10 | NA | NA | 0.00 | 0.00 |
| Parkview Orthopaedic Group, SC | Unsecured | 40.80 | NA | NA | 0.00 | 0.00 |
| PMI Diagnostic Imaging | Unsecured | 60.60 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 494.00 | 511.15 | 511.15 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 614.44 | 614.44 | 614.44 | 0.00 | 0.00 |
| Pulmonary Medicine Consultants | Unsecured | 74.90 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists Ltd | Unsecured | 30.40 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 454.00 | 558.16 | 558.16 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 3,847.00 | 5,007.29 | 5,007.29 | 0.00 | 0.00 |
| SPI WIN & CO | Unsecured | 300.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Suburban Cardiologists SC | Unsecured | 90.80 | NA | NA | 0.00 | 0.00 |
| Suburban Radiologists, Sc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| The Cardiology Group LLC | Unsecured | 607.20 | NA | NA | 0.00 | 0.00 |
| Toyota Motor Credit Corp. | Unsecured | 6,674.47 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Home Mortgage, Inc. | Unsecured | 14,173.22 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $211,239.25 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,982.30 | $1,680.42 | $0.00 |
| Debt Secured by Vehicle | $19,039.15 | $3,193.24 | $413.16 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$236,260.70** | **$4,873.66** | **$413.16** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $267.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$267.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,697.77** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $2,066.18 |
| Disbursements to Creditors | $5,286.82 |
| **TOTAL DISBURSEMENTS** : | **$7,353.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/19/2013         By: /s/ Marilyn O. Marshall
                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**